Dorothy Mason Winkler, Respondent, v. Adele Santini, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, with direction to send the case to the district where the plaintiff resides. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

George J. Worden, Respondent, v. Star Company, Appellant.— Order reversed with ten dollars costs and disbursements, and motion granted, with costs, on the ground that the plaintiff did not offer any satisfactory excuse for the delay of five years in prosecution of his action. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

David Bellock and Another, Respondents, v. Jacob Weitzer, Appellant.— Motion to dismiss appeal denied, without costs, on condition that the appellant pay ten dollars, and appeal is placed at the foot of the January calendar. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Julia Beregszazi, as Administratrix, etc., Appellant, v. Kreischer Brick Manufacturing Company, Respondent.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Abraham Brodsky, Respondent, v. Morris Kronenberg and Others, Appellants. — Motion to dismiss appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.